# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00213-CV

**Sharon O. Harpstead, Appellant**

**v.**

**Phyllis Rowland and Anne Reid, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
### NO. 10501, THE HONORABLE BARBARA MOLINA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sharon O. Harpstead has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellant's Motion

Filed: October 8, 2021